# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Roberto Martinez<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:15-CR-00401-UA<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant_____ , IT IS ORDERED that a detention hearing is set for __August 18_____ , __2015_____ , at __2:00_____ ☐ a.m. / ☒ p.m. before the Honorable __SHERI PYM_____ , in Courtroom __4 - 3rd Floor_____ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8-14-15_____

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge