EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JULIUS J. NAM (Cal. Bar No. 288961)
ANIL J. ANTONY (Cal. Bar No. 258839)
Assistant United States Attorneys
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4491/6579
     Facsimile: (213) 894-0141
     E-mail:    julius.nam@usdoj.gov
                anil.j.antony@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 15-401-R |
|---|---|
| Plaintiff, | ORDER REGARDING FINDINGS OF EXCLUDABLE TIME PERIOD PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ROBERTO MARTINEZ, | **TRIAL DATES: 10/20/2015, 10:00 a.m.** |
| Defendant. | **11/3/2015, 10:00 a.m.** |

   The Court has read and considered the Stipulation Regarding Request for Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 30, 2015. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for findings of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

   THEREFORE, FOR GOOD CAUSE SHOWN:

   1.   The time period of September 21, 2015 to October 13, 2015, or the date on which the Court decides or otherwise disposes of

defendant's pretrial motions, whichever date is later, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(1)(D).

2. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

October 5, 2015
DATE

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
JULIUS J. NAM
Assistant United States Attorney

2