HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
ASAL AKHONDZADEH (Bar No. 266792)
(E-Mail: Asal_Akhondzadeh@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5327
Facsimile: (213) 894-0081

Attorneys for Defendant
ROBERTO MARTINEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO MARTINEZ,<br><br>Defendant. | Case No. CR 15-401-R<br><br>**ORDER DENYING MOTION TO PRECLUDE EVIDENCE AND COMPEL DISCOVERY** |

A motions hearing was heard on the above-named case on October 13, 2015. Argument was heard by the Court, thereafter, the Court decided that no good cause exist to grant defendant's motion. Therefore, Defendant, Roberto Martinez' Motion To Preclude Evidence and Compel Discovery (Docket 29) has been denied.

DATED: October 14, 2015

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Asal Akhondzadeh*
ASAL AKHONDZADEH
Deputy Federal Public Defender
Attorney for Roberto Martinez