EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JULIUS J. NAM (Cal. Bar No. 288961)
ANIL J. ANTONY (Cal. Bar No. 258839)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4491/6579
    Facsimile: (213) 894-0141
    E-mail:    julius.nam@usdoj.gov
            anil.j.antony@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 15-401(A)-R |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR NEW TRIAL |
| v. | |
| ROBERTO MARTINEZ, | |
| Defendant. | |

Having considered the moving and opposition papers, exhibits attached thereto, including the trial transcript, and the arguments of counsel at the December 17, 2015 hearing, the Court hereby DENIES defendant's motion for new trial (Dkt. No. 138). The Court finds that the interests of justice do not require a new trial and that this is not an exceptional case in which the evidence preponderates highly against the jury's verdict. The Court DENIES defendant's motion based upon the specific findings made and reasons provided by

//

//

the Court on the record at the December 17, 2015 hearing,[1] and upon the government's opposition to the motion for new trial.

IT IS SO ORDERED.

Date: December 23, 2015

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

\_\_\_         /s/ _____
JULIUS J. NAM
Assistant United States Attorney

---

[1] At the December 17, 2015 hearing, the Court indicated that the defense did not call any witnesses in support of its cause. The defense, in fact, called three law enforcement witnesses from the government's witness list, but rested without calling any additional witnesses. The Court finds that the evidence presented by the defense in its case-in-chief and proffered in its motion for new trial does not preponderate heavily against the verdict.

ii